UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KAW DRIVE, LLC,

    Plaintiff,

v.                                        Case No. 21-2114-TC

STATE AUTO PROPERTY AND
CASUALTY INSURANCE CO.,

    Defendant.

**AMENDED SCHEDULING ORDER**

Defendant has filed an unopposed motion (ECF No. 49) to amend the scheduling order entered in this case (ECF No. 22). For good cause shown, the motion is granted. The scheduling order is amended as follows:

    a)    All discovery shall be commenced or served in time to be completed by **April 4, 2022.**

    b)    The final pretrial conference is rescheduled from March 15, 2022, to **April 20, 2022, at 9:00 a.m.**, by telephone. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **April 12, 2022**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

1

    c)    The deadline for filing all other potentially dispositive motions and motions challenging the admissibility of expert testimony is **April 28, 2022.**

    d)    The case shall remain set for trial on a trial calendar that will begin on **December 6, 2022.** The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated February 10, 2022, at Kansas City, Kansas.

     s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

2